UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 06-14005-CIV-MARTINEZ/LYNCH

ROY PETRELLA,

    Plaintiff,

v.

COMMUNICATIONS WORKERS OF AMERICA,

    Defendant.
_____/



FILED by _____ D.C.

DEC - 5 2006

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S D OF FLA.

### ORDER ON DEFENDANT'S MOTION FOR AWARD OF COSTS (DE 41)

**THIS CAUSE** comes before this Court upon an Order of Reference (DE 44) and the above Motion. Having reviewed the Motion, noting that no Response in opposition was filed, this Court finds as follows:

    1.    The District Court entered Final Judgment (DE 40) in the Defendant's favor on November 9, 2006. The Defendant, as prevailing party, now submits its Bill of Costs in the amount of $3,079.81.

    2.    Rule 54(d), Fed. R. Civ. P., creates a strong presumption in favor of a cost award in favor of the prevailing party. See Arcadian Fertilizer, L.P. v. MPW Indus. Serv., Inc., 249 F.3d 1293, 1296 (11th Cir. 2001). In assessing a cost award, a court is strictly limited to those items taxable under 28 U.S.C. § 1920. See Parkes v. Hall, 906 F.2d 658, 659 (11th Cir. 1990).

3. The Defendant presents its Motion in a Bill of Cost format, specifically itemizing the categories of cost and stating the basis for awarding each. Moreover the Defendant provides supporting documentation in the form of invoices as well as citations of legal authority. This Court finds the Defendant's request to be reasonable and well-supported.

4. Lastly, this Court notes that the Plaintiff filed no Response to the Defendant's Motion. The lack of objection is further indication of the reasonableness of the requested cost award.

Based on the foregoing, it is hereby,

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**. The Defendant is awarded its costs in the amount of $3,079.81.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 5th day of December, 2006.

FRANK J. LYNCH, JR.
UNITED STATES MAGISTRATE JUDGE

cc: George H. Tucker, Esq.
Isidro M. Garcia, Esq.